UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DIANA PAGAN,                                                :
                                                            :
                            Plaintiff,                      :
                                                            :           **ORDER**
            -against-                                       :           18-CV-7012 (JGK) (KHP)
                                                            :
ANDREW M. SAUL                                              :
Commissioner, Social Security Administration,               :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

The parties are requested to confer regarding consent to the jurisdiction of a Magistrate Judge for all purposes. To the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/hon-katharine-h-parker) and submit it via ECF. This Order is not meant to interfere in any way with the parties' absolute right to a decision by a United States District Judge but is merely an attempt to preserve scarce judicial resources and remind the parties of this option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Dated: New York, New York
       November 13, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge