```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DIANA PAGAN,                               18-cv-7012 (JGK)

        Plaintiff,             ORDER

- against -

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-26-19

**JOHN G. KOELTL, District Judge:**

The parties are directed to provide the Court with courtesy copies of the papers each party submitted, regarding the cross motions for judgment on the pleadings.

The parties should submit all courtesy copies to the Court by **December 3, 2019.**

SO ORDERED.

Dated:    New York, New York
           November 25, 2019

                                        John G. Koeltl
                             United States District Judge