**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DIANA PAGAN,

                Plaintiff,                      18 **CIVIL** 7012 (JGK)

    -against-                             **JUDGMENT**

ANDREW M. SAUL, Commissioner of
Social Security,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated May 28, 2020, The Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit; for the reasons explained in the Opinion, the Court declines to follow the Report and Recommendation of the Magistrate Judge. The plaintiff's motion for judgment on the pleadings is granted. This case is remanded to the Commissioner for further proceedings consistent with this Court's Opinion. The Commissioner is free on remand to reconsider any other conclusions in light of the expanded record. The Commissioner's motion for judgment on the pleadings is denied; accordingly, this case is closed.

**Dated:** New York, New York
       May 29, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                        **BY:**
                                                           _____
                                                           **Deputy Clerk**